> Conference is adjourned from January 12, 2024 to March 8, 2024 at 11:00 a.m.
> Dial-In No.: 1-888-363-4749,
> Access Code: 3667981.
> SO ORDERED.
> Dated: 12/26/2023
>
> *P. Kevin Castel*
> United States District Judge

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**THOMAS LAI**
*Senior Counsel*
E-mail: tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

December 26, 2023

**VIA ECF**
Honorable P. Kevin Castel
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Josue G. Torres v. City of New York et al.*, 23-CV-04258 (PKC)

Your Honor:

    I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and attorney for defendant City of New York in the above referenced matter. With the consent of Plaintiff's counsel, Eric Sanders, I write to respectfully request an adjournment of the initial conference currently scheduled for January 12, 2024 at 11:00 a.m. to a date and time convenient for the Court after January 29, 2024. This is the second request to adjourn the conference and the prior request was granted. *ECF nos. 19, 20*.

    The reason for this request is that the undersigned is currently scheduled to be out of the office on annual leave from January 4, 2024 to January 15, 2024 and therefore will not be working on January 12, 2024. To the extent the Court is inclined to grant the within request and in an effort to assist the Court with rescheduling the conference, the undersigned has conferred with plaintiff's counsel and counsel for both parties are currently available on the following dates: February 9, 2024.

    Thank you for your consideration of the instant application.

    Respectfully submitted,

    *Thomas Lai s/*
    Thomas Lai

Senior Counsel
Special Federal Litigation Division

To:   **VIA ECF**
Eric Sanders
*Attorney for Plaintiff*